Marie Antoinette LINDSEY,
Plaintiff–Appellant,

v.

HUBBARD & DRAKE GENERAL
MECHANICAL CONTRACTORS,
INC., Defendant–Appellee.

No. 06–13624.

United States Court of Appeals,
Eleventh Circuit.

May 22, 2007.

Adam Patterson Plant, Andrew C. Allen, W. Tucker Brown, Whatley Drake & Kallas, LLC, Birmingham, AL, for Plaintiff–Appellant.

Clint L. Maze, John A. Wilmer, Wilmer & Lee, P.A., Huntsville, AL, for Defendant–Appellee.

Before EDMONDSON, Chief Judge,
HULL, Circuit Judge, and
FORRESTER,* District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's order and contemporaneous memorandum opinion, filed on June 1, 2006, which granted Defendant–Appellee's motion for sum-

* Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.

mary judgment on Plaintiff–Appellant's claims and dismissed Plaintiff–Appellant's claims with prejudice. Accordingly, we affirm.

**AFFIRMED.**